# United States Court of Appeals
## For the First Circuit

No. 25-2059

FLAVIO BLADAMIR CHOGLLO CHAFLA,

Petitioner - Appellee,

v.

RODNEY S. SCOTT, Commissioner of Customs and Border Protection; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

**JUDGMENT**

Entered: January 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

On November 28, 2025, the court entered a notice of default and directing appellants to file an appearance form, docketing statement, and transcript report/order form on or before December 12, 2025. Appellants were warned that failure to respond would result in dismissal of this appeal for lack of diligent prosecution.

Appellants have not responded to the court's order or requested an extension of time to do so. Accordingly, it is ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrew Kenney Lizotte
Lindsay Feinberg
Nealy Bowden Fleming
Shantanu Kumar Chatterjee